UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUGUSTINE OMOIKE UNUABOR,

    Plaintiff,

v.

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES,

    Defendant.

Civil Action No. 17-2537 (UNA)

FILED
JAN - 4 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted such that they can prepare a responsive answer, prepare an adequate defense, and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's complaint initially appears to refer to an application for permanent residence or an adjustment in immigration status. Having reviewed the many attachments to the complaint, among which are receipts and correspondence with the Internal Revenue Service, the Court is at a loss to determine what claim(s) plaintiff intends to bring. As drafted, the complaint fails to comply with Rule 8(a), and it will be dismissed without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

DATE: ~~December ____, 2017~~ January 2, 2018

/s/ C. R. Cooper
United States District Judge